

IN THE UNITED STATES DISTRICT COURT

FOR THE **Eastern** DISTRICT OF TENNESSEE

**Knoxville** DIVISION

FILED
MAR 26 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**DeAndrey Peterson** Name )
Prison Id. No. **00445205** )
)
_____ Name )
Prison Id. No. _____ )
)
Plaintiff(s) )
)
)
)
v. "See Attached" Exhibit A )
)
**Sergeant. Steven Wright** Name )
**Sergeant. Hannah Evans** Name )
)
Defendant(s) )

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. **3:24-cv-140**
(To be assigned by the Clerk's office. Do not write in this space.)

**Collier/McCook**

Jury Trial ☒ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (**The following information must be provided by each plaintiff.**)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☐ Yes ☒ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs _____**N/A**_____

Defendants _____**N/A**_____

1

2. In what court did you file the previous lawsuit? __N/A__

   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? __N/A__

4. What was the Judge's name to whom the case was assigned? __N/A__

5. When did you file the previous lawsuit? __N/A__ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? __N/A__

7. When was the previous lawsuit decided by the court? __N/A__ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes   ☑ No

   **(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT **(The following information must be provided by each plaintiff.)**

   A. What is the name and address of the prison or jail in which you are currently incarcerated? __Morgan County Correctional Complex 541 Wayne Cotton Morgan Dr. Wartburg, TN. 37887__

   B. Are the facts of your lawsuit related to your present confinement?

      ☑ Yes   ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

      ☑ Yes   ☐ No

      If you checked the box marked "No," proceed to question II.H.

2

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☑ Yes ☐ No

F.  If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? <u>wrote grievance and appealed to warden and commissioner</u>

2. What was the response of prison authorities? <u>Warden said: incident is being investigated. Commissioner said: concur with warden appeal denied</u>

G.  If you checked the box marked "No" in question II.E above, explain why not. _____

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes ☐ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes ☐ No

J.  If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? <u>wrote grievance and appealed to warden and commissioner</u>

2. What was the response of the authorities who run the detention facility? <u>incident is being investigated</u>

L.  If you checked the box marked "No" in question II.I above, explain why not. _____

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

"See Attached" Exhibit B

III. PARTIES TO THIS LAWSUIT

A.  Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: <u>DeAndrey Peterson</u>

Prison Id. No. of the first plaintiff: <u>00 445205</u>

3

Address of the first plaintiff: Morgan County Correctional Complex 541 Wayne Cotton Morgan Dr. Wartburg, TN. 37887
(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

Prison Id. No. of the second plaintiff: _____

Address of the second plaintiff: _____

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: Sergeant. Steven Wright

   Place of employment of the first defendant: Morgan County Correctional Complex

   The first defendant's address: 541 Wayne Cotton Morgan Dr. Wartburg, TN. 37887

   Named in official capacity?   ☐ Yes   ☐ No
   Named in individual capacity"  ☑ Yes   ☐ No

2. Name of the second defendant: Sergeant. Hannah Evans

   Place of employment of the second defendant: Morgan County Correctional Complex

   The second defendant's address: 541 Wayne Cotton Morgan Dr. Wartburg, TN. 37887

   Named in official capacity?   ☐ Yes   ☐ No
   Named in individual capacity"  ☑ Yes   ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

4

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

Violation Eight Amendment of the United States Constitution. Cruel and Unusual Punishment. On 10/1/23 around 4:00pm to 5:00pm at Morgan County Correctional Complex 21-A Building cell 105, I DeAndrey Peterson was sprayed with a fire extinguisher in eyes for no reason. The fire alarm went off, so all defendants came into the pod to see where fire or smoke was at. So defendants went cell to cell looking for fire or smoke, defendants looked into my cell and did not see fire or smoke. So defendants did not find no one cell on fire and was about to exit the pod, until officer Vinny Latowski came back to my cell door and stated: I have my Klan with me now, what you want to do? So he called the rest of the defendants to my cell door, so I told them to get away from my cell because it's no fire or smoke in here. So we was having words and defendants was saying we will come in there and beat you, so I replied no ya'll won't, so officer Aldridge said lets spray him I see a fire so all defendants agreed which they was lying. So sergeant. Steven Wright got the fire extinguisher Sergeant. Hannah Evans opened my food pie flap and Sergeant. Steven Wright sprayed me in face with fire extinguisher. Not one defendant said no or this is not necessary or try to stop situation. I was having chest pain, eyes was burning and was vomiting multiple times. I also was denied medical and cleaning supplies broom and mop, I also had to sleep in same cell with fire extinguisher chemicals everywhere 24 hours or more. Also a captain got me out the cell to see if it was a fire, which he stated he did not see no sign of a fire. I also was written up for arson but write up got dropped because it was no fire or smoke to start with. Incident is on film. Because of being sprayed in eyes my vision goes blurred for no reason now, and I have to wear eye glasses now from being sprayed in eyes.

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Compensatory Damages
B. Punitive Damages
C. Pain and Suffering Damages
D. Any additional relief this court deems just proper and equitable
E. 
F. I request a jury trial. ☒ Yes ☐ No

5

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _LeAndrey Peterson_  Date: _3/21/24_

Prison Id. No. _00445205_

Address: _541 Wayne Cotton Morgan Dr. Wartburg, TN. 37887_

(Include the city, state and zip code.)

Signature: _____  Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS***, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER.** Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

6

Exhibit A

# Names of Officers involved: Defendants

1. Sergeant. Steven Wright
   employment: Morgan County Correctional Complex
   541 Wayne Cotton Morgan Dr.
   Wartburg, TN. 37887
   
   individual capacity

2. Sergeant. Hannah Evans
   employment: Morgan County Correctional Complex
   541 Wayne Cotton Morgan Dr.
   Wartburg, TN. 37887
   
   individual capacity

3. Corporal. J. Pugh
   employment: Morgan County Correctional Complex
   541 Wayne Cotton Morgan Dr.
   Wartburg, TN. 37887
   
   individual capacity

4. Officer. V. Latowski
   employment: Morgan County Correctional Complex
   541 Wayne Cotton Morgan Dr.
   Wartburg, TN. 37887
   
   individual capacity

5. Officer. Aldridge
   employment: Morgan County Correctional Complex
   541 Wayne Cotton Morgan Dr.
   Wartburg, TN. 37887
   
   individual capacity

6. Officer. Riley
   employment: Morgan County Correctional Complex
   541 Wayne Cotton Morgan Dr.
   Wartburg, TN. 37887
   
   individual capacity

*1898* *Exhibit B related to exhaustion of administrative remedies.*


**Correction**

MEMO

Inmate Name: De Andrey Peterson       TDOC Number: 443205

Institution: MCX       Housing Unit: 2/B - IC1

Institution Grievance Number: _____       TOMIS Grievance Number: _____

Commissioner's Response and Reasons:

The established standardized procedures for investigations to be conducted at the institutional level for offenders housed in the Tennessee Department of Correction and privately managed facilities is outlined in TDOC Policy #107.03. The Warden's response is appropriate.

☑ Concur with Warden    ☐ Concur with Supervisor    ☑ Appeal Denied

11-09-2023
Date

L. R. Thomas
Assistant Commissioner of Prisons

FS-1A

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8130 • Fax: 615-253-1668 • tn.gov/Correction

1848

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE



RECEIVED
OCT 19 2023
MCCX - WARDENS OFFICE

DeAndrey Peterson  NAME
445205  NUMBER
MCCX 21-A-105  21B-111  INSTITUTION & UNIT
MX 23-23322  36/969  GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee: See Attached

Inmate Grievance Committee's Response and Reasons: See Attached

10-29-23  DATE
_____ CHAIRMAN
Brenda Bunch  MEMBER
_____ MEMBER
_____ MEMBER
_____ MEMBER

Warden's Response:    Agrees with Proposed Response ☐
Disagrees with Proposed Response ☑
If Disagrees, Reason(s) for Disagreement: Incident is Being investigated

Action Taken: _____
DATE: 10-30-23    WARDEN'S SIGNATURE: michael W R
Do you wish to appear this response?  ✓ YES  ___ NO    Rec 10-31-23

If yes:  Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

DeAndrey Peterson  GRIEVANT
_____ DATE
_____ WITNESS

Commissioner's Response and Reason(s): 

RECEIVED
NOV 09 2023

OC Oper
DATE
_____ SIGNATURE

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-1393 (Rev. 3-00)    RDA 2244

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE



NAME: DeAndrey Peterson
NUMBER: 445205
INSTITUTION & UNIT: M.C.C.X 21-A-105

DESCRIPTION OF PROBLEM: Cruel and unusual punishment On 10/1/23 around 4:00 pm to 5:00 pm I DeAndrey Peterson was sprayed with a Fire Extinguisher for no reason. Officer Aldridge

REQUESTED SOLUTION: For all officers involed to be relieved of all duties from TDOC. For being unprofessional and willfully causing pain and distress to me.

Signature of Grievant: DeAndrey Peterson
Date: 10/1/23

=====================================================

**TO BE COMPLETED BY GRIEVANCE CLERK**

Grievance Number: MX 23-23322
Date Received: 10-4-23
Signature Of Grievance Clerk: Larry Anderson

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date: _____   Signature of Grievant: _____

=====================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____   CHAIRPERSON: _____

Do you wish to appeal this response?   ___ YES   ___ NO
If yes:  Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT   DATE   WITNESS

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)   Page 1 of 2   RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE (continuation sheet)

DESCRIPTION OF PROBLEM: Officer Vinny Cpl. Pugh Sgt. Evans and another Sgt. I don't know. It was no smoke or fire was in my cell and it's no evidence of a fire. A captain pulled me out the cell to look in my cell and he stated he did not see no sign of a fire. I also was denied medical and cleaning supplies broom and mop. I had to sleep in same cell with Fire Extinguisher chemicals everywhere which had my chest in pain burning, my eyes was burning and I was vomiting multiple times. Every thing is on camera, you would see multiple officers walk and look into my cell then walk off, then they all gather together so Officer Vinny come to my door talking disrespectfully to me then called all the other officers so we were having words so Officer Aldridge said lets spray him I see a fire, which he was lying, so they open my food pie flap and sprayed me with Fire chemicals. I made 4 copies of this grievance 1 for commissioner 1 for my family 1 for me to keep and 1 for my Lawyer and I turned the original 1 in because they read grievances then throw them away once they do wrong and try to get away with it.

Distribution Upon Final Resolution:

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)   Page 2 of 2



# TENNESSEE DEPARTMENT OF CORRECTION

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 10-11-23

Please respond to the attached grievance, indicating any action taken.
Date Due: 10-11-23

23-23322　　　DeAndrey Peterson　　　445205
Grievance Number　　Inmate Name　　Inmate Number

Please refer to incident ID #01597862 (Arson) in which offender Peterson was charged for on 10-1-23 at 1640 hrs. Offender Peterson alleges a Captain came to his cell and said there was no sign of a fire. The Shift OIC approved this disciplinary to be entered, which would seemingly deem this allegation false. Offender Peterson also states he was denied means to clean his cell, which is false. I Unit Manager Nathan McMahan did provide cleaning chemicals and a broom to clean his cell up. He was also provided with new clothes and bed linens.

_____, UM　　　10/11/23
SIGNATURE　　　　　　　　　　　　　DATE

White - Inmate Grievant　Canary – Warden　Pink – Grievance Committee　Goldenrod – Commissioner

# GRIEVANCE HEARING SUMMARY

**Date Of Hearing:**
10/05/2023

**Begin**      @      08:54 am
**Concluded**  @      09:00 am

**Grievance Chairperson:**
CPL. B. Evans

**Clerk:**
L. Anderson #484998

**Elected Voting Board Members Present:**
**Staff Members**
B. Bunch CCO
**Inmate Members**
G. Faulkner    #275855
N. Honeycutt   #572453

---

**The Chairperson read the grievance, the solution and the Supervisor's response**

**Grievant's Name:** DeAndrea Peterson    **TDOC:** #445205    **Grievance:** # MX 23-23322

**Relevant new information:** I/M states multible officers came by his cell and walked off without saying anything about a fire, had words with an officer then was sprayed with fire extinquisher and left in the cell for 24 hours

**Committee's Response & Reasons:** concur with supervisor .

 

# MEMORANDUM

**To:**      Commissioner, Frank Strada

**From:**    Grievance Chairperson, CPL. B. Evans

**Date:**    11/3/2023

**Subject:** Disposition of Grievance

Please be advised that Grievance **MX23-23322** has been appealed to your department. Please review the attached documents. Should you have any questions or concerns about this grievance, please contact the grievance office.

Thank you.

Grievance Chairperson, Cpl. B. Evans

Morgan County Correctional Complex • P.O. Box 2000 • 541 Wayne "Cotton" Morgan Drive •Wartburg, TN 37887 • Tel: 423-346-1300 • Fax: 423-346-7821 •

Case 3:24-cv-00140-CLC-JEM   Document 2   Filed 03/26/24   Page 14 of 16   PageID #: 25

 **Department of Correction**

MEMO

MEMORANDUM

TO: Nathan McMahan

FROM: CPL. B. Evans, Grievance Chairperson

DATE: 10/04/2023

SUBJECT: MX 23-23322

Inmate(s): DeAndrey Peterson #445205

Has filed a grievance(s) against your department. Pursuant to TDOC Policy #501.01 INMATE GRIEVANCE PROCEDURES *AND* THE TDOC INMATE GRIEVACNE PROCEDURE HANDBOOK. The Chairperson shall review all grievance or complaints and forward them for action to the first line supervisor of the employee or department involved in the grievance, for a signed written response on form CR-3148

The supervisor shall return his/her signed response within **FIVE (5) WORKING DAYS** of receipt. If response is **NOT** received within the stated time frame, **the Warden shall be notified.**

Attached is a copy of the aforementioned grievance(s) and form CR-3148. Please return your signed response to the grievance Chairperson by dropping it in the grievance mailbox in the Administration Building.

## YOUR SIGNED RESPONSE IS DUE ON: 10/11/23

Morgan County Correctional Complex • P.O. Box 2000 • 541 Wayne "Cotton" Morgan Drive
• Wartburg, TN 37887 • Tel: 423-346-1300 • Fax: 423-346-7821 •


**Department of Correction**

## MEMORANDUM

To: **DeAndrey Peterson #445205**

From: **Grievance Chairperson, Cpl. J. Goforth**

Date: **10/16/2023**

Hearing Time: **8:00AM**

Subject: **Inmate Grievance Hearing**

    Your Grievance hearing has been - **Scheduled for Thursday 10/19/23** in the grievance office. Your grievance was not resolved at the First Level of review and has now been appealed to the grievance committee for a hearing.

    Your presence is required at this hearing and in accordance with the TDOC Inmate Grievance Procedures Inmate Handbook under the "Second Level of Review," states "If the grievant fails to appear at the grievance hearing after proper notification and without just cause for not appearing, the grievance shall be considered as dismissed because of an unwillingness of the grievant to participate in the grievance process." Your grievance will be considered resolved.

    The members (subject to change without notice) who are scheduled to hear your grievance are:

        **B. Bunch, Staff Member**
        **M. J. LaBarge, Staff Member**
        **N. Honeycutt #572453, Inmate Member**
        **G. Faulkner #275855, Inmate Member**

    No inmate shall participate in the resolution of any other inmate's grievance over the objection of the grievant. Such objection shall be made, in writing, to the chairperson at least 24 hours prior to the scheduled meeting. In such case, the remaining board members seated for that hearing shall decide the grievance.

    You may bring an advocate and any witness with proper paper work or any written material you feel pertinent to your case.

    This memorandum is to be considered as a pass to attend your hearing. Please show this memo to your Unit Officer or your work site Supervisor to indicate your requirement to attend this hearing. When showing him/her, have them sign their name below along with time/date to validate. Upon arriving at the Grievance Hearing, please give this memo/pass to the Chairperson. After your hearing, be sure to take this memo/pass to your unit or work site so you can verify your whereabouts with your Unit Officer or Supervisor.

_(signature)_
Grievance Chairperson
Cpl. J. Goforth

Morgan County Correctional Complex – 541 Wayne Cotton Morgan Drive
Wartburg, TN 37887 – 4233461300 – tn.gov/agency