United States District Court
Eastern District of Tennessee
At Knoxville

FILED AUG 26 2024
U.S. District Court
Eastern District of Tennessee
at Chattanooga

DeAndrey Peterson
    Plaintiff,

v.

Steven Wright, Hannah Evans, J. Pugh, V. Latowski, Officer Aldridge, and Officer Riley,
    Defendants.

No. 3:24-CV-140-CLC-JEM

## MOTION
### Declaration for Entry of Default

DeAndrey Peterson, hereby declares: I am the Plaintiff herein. The complaint herein was filed on May 1, 2024.

The Court files and record herein show that the Defendants were served by the United States Marshal with a copy of summons, and a copy of the Plaintiffs' complaint on April 19, 2024.

More than 20 days have elapsed since the date on which the Defendants herein were served with summons and a copy of Plaintiffs complaint, excluding the date thereof.

The Defendants have failed to answer or otherwise defend as to Plaintiffs' complaint or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the Military service and are not infants or incompetent.

Accordingly, Plaintiff is Ordered to shows good cause as to why this matter should not be dismissed because for want of Prosecution due to failure to request entry of default as to Defendants.

This matter should not be dismissed because im still being retaliated against with false writeups. Sometimes I don't eat or get to call family because of retaliation. Also have to wear eye glasse's for rest of my life due to Defendants cruel and unusual punishment.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Wartburg, TN. on August 21st, 2024

We Andrey Peterson

Dethnarey Peterson #445405
M.C.C.X
P.O. Box 2000
#1 Wayne Cotton Morgan Dr.
Wartburg, TN. 37887

Eastern District of Tennessee
Office of
Clerk, United States District Court
900 Georgia Avenue, Room 309
Chattanooga, TN. 37402

X-RAYED